UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                               :        CHAPTER 7
Garnet Stacey Pinnock,               :
                                     :
           Debtor.                   :        CASE NO: 18-71216-SMS

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Garnet Stacey Pinnock, Debtor, has filed a **Motion to Reopen** and related papers seeking an order reopening the Chapter 7 case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the **Motion to Reopen** in Courtroom 1201, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, 30303, at 10:30 A. M. on Wednesday, January 13, 2021.
**Given the current public health crisis, hearing may be telephonic only. Please check the "*Important Information Regarding Court Operations During COVID-19 Outbreak*" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W., Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

DATED: December 30, 2020.

THE CARSON FIRM, LLC

/s/ Nicole Carson
Nicole Carson
Attorney for Debtor
Georgia Bar No. 722305
The Carson Firm, LLC
400 Galleria Pkwy, #1500
Atlanta, Georgia 30339
Phone: (404) 782-2347
Fax:    (678) 288-7866
Email: nicole@bk-attorneys.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| Garnet Stacey Pinnock, | : | |
| | : | |
| Debtor. | : | CASE NO: 18-71216-SMS |

**MOTION TO REOPEN**

COMES NOW, Garnet Stacey Pinnock, Debtor, by and through Debtor's attorney, Nicole Carson and moves this Honorable Court to reopen the bankruptcy case, and in support thereof states as follows:

1.

Debtors filed a petition for relief pursuant to Chapter 7 Title 11 U.S.C on December 19, 2018.

2.

A meeting of creditors pursuant to Section 341 was held and concluded on February 19, 2019.

3.

Neither the Trustee nor any creditors filed any complaints to discharge, or to determine dischargeability of certain debts on or before the respective deadlines to file the same.

4.

The Debtor received a standard discharge on April 1, 2019.

5.

Debtor has discovered the existence of one or more judicial lien(s) filed in Dekalb County Magistrate Court which impair certain exemptions claimed in the bankruptcy petition. The judicial lien(s) need to be avoided or declared void to protect Debtor's interests in real property and to allow her to sell, modify, or refinance her residence.

WHEREFORE, Garnet Stacey Pinnock, the Debtor, prays this Honorable Court for the following relief:

A. that this Motion to Reopen be granted;

B. for such other and further relief this court deems just and proper.

DATED: December 30, 2020

Respectfully submitted,
THE CARSON FIRM, LLC

/s/ Nicole Carson
Nicole Carson
Attorney for Debtor
Georgia Bar No. 722305
The Carson Firm, LLC
400 Galleria Pkwy, #1500
Atlanta, Georgia 30339
Phone: (404) 782-2347
Fax:    (678) 288-7866
Email: nicole@bk-attorneys.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: : CHAPTER 7
Garnet Stacey Pinnock, :
　 :
　　　　　Debtor. : CASE NO: 18-71216-SMS

**CERTIFICATE OF SERVICE**

    I, Nicole Carson, hereby certify, under penalty of perjury, that I am more than eighteen (18) years of age, and that on this day I served a copy of the within *Notice of Hearing and Motion to Reopen* upon the following parties listed below, and to all those parties listed on the attached matrix, by depositing a copy of same in the United States Mail with sufficient postage thereon to ensure delivery to:

Garnet Stacey Pinnock
PO Box 361735
Decatur, GA 30036

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

This 30th day of December, 2020.

                                                  /s/ Nicole Carson
                                                Nicole Carson GABN 722305
                                                Attorney for Debtor
                                                The Carson Firm, LLC
                                                400 Galleria Pkwy, #1500
                                                Atlanta, Georgia 30339
                                                Phone: (404) 782-2347
                                                Fax:   (678) 288-7866
                                                Email: nicole@bk-attorneys.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-71216-sms<br>Northern District of Georgia<br>Atlanta<br>Wed Dec 30 22:52:56 EST 2020 | Amex<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 | BMW Bank of North America<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Nicole Carson<br>The Carson Firm<br>#1500<br>400 Galleria Parkway<br>Atlanta, GA 30339-5953 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Elizabeth Childers<br>Shapiro, Pendergast and Hasty<br>Suite 300<br>211 Perimeter Center Parkway, NE<br>Atlanta, GA 30346-1305 | Citicard<br>General Correspondence<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| Collectron Of Atlanta<br>Carter-Young<br>Attn: Bankruptcy<br>PO Box 92269<br>Atlanta, GA 30314-0269 | Comenitybank/New York<br>Attn: Bankruptcy Dept<br>PO Box 182125<br>Columbus, OH 43218-2125 | Comenitybank/jared<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Credit First National Assoc<br>Attn: Bankruptcy<br>PO Box 81315<br>Cleveland, OH 44181-0315 | Credit One Bank<br>Attn: Bankruptcy<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | (p)THE CREDIT UNION LOAN SOURCE LLC<br>10800 ALPHARETTA HWY STE 208 759<br>ROSWELL GA 30076-1490 |
| DHI Mortgage Company<br>Attn: Bankruptcy<br>10700 Pecan Park Blvd<br>Ste 450<br>Austin, TX 78750-1481 | Everhome Mortgage Co<br>Ever Bank<br>Attn: Bankruptcy Dept<br>301 West Bay Street<br>Jacksonville, FL 32202-5180 | First Fin Investment Fund V<br>Dekalb Medical Center<br>3100 Breckinridge Blvd #722<br>Duluth, GA 30096-4985 |
| S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305-4909 | Germani Gabrielle Hunt<br>Sissac Legal Group P.C.<br>6595 Roswell Rd., Ste. G<br>PMB 90656<br>Atlanta, GA 30328-3152 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Jared/Sterling Jewelers<br>375 Ghent Rd<br>Fairlawn, OH 44333-4601 | Jared/Sterling Jewelers<br>Attn: Bankruptcy<br>PO Box 3680<br>Akron, OH 44309-3680 | LendingClub<br>Attn: Bankruptcy<br>71 Stevenson St<br>Suite 1000<br>San Francisco, CA 94105-2967 |
| MOHELA/Debt of Ed<br>Attn: Bankruptcy<br>633 Spirit Dr<br>Chesterfield, MO 63005-1243 | Richard B. Maner<br>Richard B. Maner, P.C.<br>Suite 200<br>180 Interstate N Parkway<br>Atlanta, GA 30339-2106 | Navient<br>Attn: Bankruptcy<br>PO Box 9000<br>Wiles-Barr, PA 18773-9000 |
| Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | PRA Receivables Mgmt<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Garnet Stacey Pinnock<br>PO Box 361735<br>Decatur, GA 30036-1735 |

| | | |
|---|---|---|
| Prosper Funding<br>221 Main Street<br>Suite 300<br>San Francisco, CA 94105-1909 | Roy D. Reagin Jr.<br>3100 Breckinridge Bl #722<br>Duluth, GA 30096-4985 | Select Portfolio Servicing<br>Attn: Bankruptcy<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 |
| Sterling Jewelers<br>Attn: Bankruptcy<br>PO Box 1799<br>Akron, OH 44309-1799 | Syncb/ccsycc<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>PO Box 965061<br>Orlando, FL 32896-5061 | Synchrony Bank/Gap<br>Attn: Bankruptcy Dept<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Target<br>Target Card Services<br>Mail Stop NCB-0461<br>Minneapolis, MN 55440 | US Dept of Education<br>Attn: Bankruptcy<br>PO Box 16448<br>Saint Paul, MN 55116-0448 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW<br>Suite 600<br>Atlanta GA 30303-3309 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BMW Financial Services<br>Attn: Bankruptcy Dept<br>PO Box 3608<br>Dublin, OH 43016 | Chase Card Services<br>Correspondence Dept<br>PO Box 15298<br>Wilmington, DE 19850 | (d)Chase Mortgage<br>Mail Code: OH4-7302<br>PO Box 24696<br>Columbus, OH 43224 |
| Credit Union Loan Source<br>Attn: Bankruptcy<br>PO Box 105388<br>Atlanta, GA 30348 | IRS<br>Attn: Bankruptcy<br>PO Box 21126<br>Philadelphia, PA 19114 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)HSBC Bank USA, National Association | (u)SELECT PORTFOLIO SERVICING, INC | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     2<br>Total                   43 |